IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOLOCRON MEDIA, LLC § <br> § <br> v. § <br> § <br> VERIZON COMMUNICATIONS, INC., et § <br> al. § | Case No. 2:13-CV-1059-JRG-RSP |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is T-Mobile USA, Inc.'s ("T-Mobile) Objections to Report and Recommendations Regarding T-Mobile USA, Inc.'s Motion to Dismiss Plaintiff's Willful Infringement Claims (Dkt. No. 157). On February 25, 2015, the Magistrate Judge recommended denying T-Mobile's Motion to Dismiss Plaintiff's Willful Infringement Claims (Dkt. No. 153, "Report and Recommendation"; Dkt. No. 77, "Motion to Dismiss").

Having considered the objections filed by T-Mobile, and having conducted a *de novo* determination of those portions of the Report and Recommendation as to which objection was made, and finding no error therein, the Court does hereby adopt the findings and recommendations of the Magistrate Judge. Accordingly,

IT IS **ORDERED** that T-Mobile's Motion to Dismiss (Dkt. No. 77) is **DENIED**.

So ORDERED and SIGNED this 29th day of March, 2015.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE