# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| SOLOCRON MEDIA, LLC,<br><br>     Plaintiff,<br><br> v.<br><br>VERIZON COMMUNICATIONS INC., et al.<br><br>     Defendants. | Civil Action No. 2:13-cv-1059-JRG-RSP<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The Plaintiff, Solocron Media, LLC and Defendant, T-Mobile U.S.A. Inc. pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE and dismissing all counterclaims as MOOT, with each party to bear its own costs, expenses and attorneys fees.

Dated: May 6, 2015     Respectfully submitted,


          */s/  William P. Nelson*

          Eric H. Findlay
          State Bar No. 00789886
          Findlay Craft, P.C.
          102 North College Avenue
          Suite 900
          Tyler, TX 75702
          Telephone: (903) 534-1100
          Facsimile: (903) 534-1137
          efindlay@findlaycraft.com

          Matthew D. Powers
          CA Bar No. 104795 (Admitted E.D. Tex.)
          Steven S. Cherensky
          CA Bar No. 168275 (Admitted E.D. Tex.)

Paul T. Ehrlich
CA Bar No. 228543 (Admitted E.D. Tex.)
William P. Nelson* Lead Attorney
CA Bar No. 196091(Admitted E.D. Tex.)
Robert L. Gerrity
CA Bar No. 268084 (Admitted E.D. Tex.)
Annaka Nava
CA Bar No. 298131 (Admitted E.D. Tex.)
Sam Y. Kim
CA Bar No. 282582 (Admitted E.D. Tex.)
Natasha M. Saputo
CA Bar No. 291151 (Admitted E.D. Tex.)
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone: (650) 802-6000
Facsimile: (650) 802-6001
Email:
matthew.powers@tensegritylawgroup.com
steven.cherensky@tensegritylawgroup.com
paul.ehrlich@tensegritylawgroup.com
william.nelson@tensegritylawgroup.com
robert.gerrity@tensegritylawgroup.com
annaka.nava@tensegritylawgroup.com
sam.kim@tensegritylawgroup.com
natasha.saputo@tensegritylawgroup.com


*/s/ Mark N. Reiter*_____

Mark N. Reiter
Texas State Bar No. 16759900
mreiter@gibsondunn.com
Robert A. Vincent
Texas State Bar No. 24056474
rvincent@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Ave., Suite 1100
Dallas, Texas 75201
Tel: (212) 351-4000

Josh A. Krevitt
New York Bar No. 2568228
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP

200 Park Avenue
New York, New York 10166
Tel: (212) 351-4000
Fax: (212) 251-4035

E. Glenn Thames, Jr.
Texas State Bar No. 00785097
glennthames@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College Avenue, Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

*Attorneys for Defendant-Counterclaim Plaintiff T-Mobile USA, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2015 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system in compliance with Local Rule CV-5(a).  As such, a copy of this document was served on all counsel who are deemed to have consented to electronic service.  *See* Local Rule CV-5(a)(3)(A).

By:     **/s/ *William P. Nelson*_____**
          William P. Nelson