UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOLOCRON MEDIA, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., et al.<br><br>            Defendants. | Civil Action No. 2:13-cv-1059-JRG-RSP |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the parties' Joint Stipulated Motion for Dismissal of all claims with prejudice and all counterclaims as moot asserted between Plaintiff, Solocron Media, LLC, and Defendant, Sprint Spectrum L.P., the Joint Stipulated Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Solocron Media, LLC and Defendant are hereby dismissed with prejudice and all counterclaims are dismissed as moot.

It is further **ORDERED** that all attorneys' fees and costs are to be borne by the party that incurred them.

The Clerk is ordered to terminate Sprint Spectrum L.P. from the instant case.

**SIGNED this 4th day of June, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE